| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT **COPY**<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>MORROW, MARGARET M | 2. Court or Organization<br>U.S. District Court, CACD | 3. Date of Report<br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br>◯ Nomination, Date<br>◯ Initial. ◉ Annual ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>United States District Court<br>255 E. Temple St., Ste. 7100<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
2005 MAY 13 P 12: 09
RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Universal Locations, Inc. | $5,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | California Courts of Appeal, Second Appellate District, Salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Bryn Mawr College | March 4-6: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 2. | Bryn Mawr College | April 29 - May 1: Bryn Mawr, PA - Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |
| 3. | Bryn Mawr College | September 30 - October 2: Bryn Mawr, PA -Bryn Mawr College, Board of Trustees Meeting - (Air Transportation, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

Name of Person Reporting

MORROW, MARGARET M

Date of Report

5/12/2005

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Kampen American Capital, Pace Fund-A - IRA | A | Dividend | L | T | | | | | |
| 2. Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | E | Div. & Int. | P1 | T | | | | | |
| 5. - Cash equivalent - Smith Barney | | | | | | | | | |
| 6. - International Paper Company - common stock | | | | | | | | | |
| 7. - Bank One Corporation - common stock | | | | | Merger | | | | See note in Section VIII |
| 8. - Union Pacific Corp. - common stock | | | | | | | | | |
| 9. - Alcoa Inc. - common stock | | | | | | | | | |
| 10. - Wyeth - common stock | | | | | | | | | |
| 11. - American International Group, Inc. - common stock | | | | | | | | | |
| 12. Amgen Inc. - common stock | | | | | | | | | |
| 13. - Apple Computer Inc. - common stock | | | | | Partial sale | 3/1 | J | A | |
| 14. - | | | | | Partial sale | 10/21 | J | A | |
| 15. - | | | | | Partial sale | 11/24 | J | A | |
| 16. - Applied Materials Inc. - common shares | | | | | Partial sale | 10/4 | J | | |
| 17. - Aventis ADR - common stock | | | | | Merger | | | | See note in Section VIII |
| 18. - Sanofi-Aventis ADR - common stock (new) | | | | | Merger | | | | See note in Section VIII |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Baker Hughes Inc. - common stock | | | | | | | | | |
| 20. - Bank of New York Inc. - common stock | | | | | | | | | |
| 21. - Bemis Company Inc. - common stock | | | | | | | | | |
| 22. - Bowater Inc. - common stock | | | | | Final sale | 2/17 | J | | |
| 23. - BP PLC ADR - common stock | | | | | | | | | |
| 24. - C.H. Robinson Worldwide - common stock | | | | | | | | | |
| 25. - Cadbury Schweppes PLC ADR - common stock | | | | | | | | | |
| 26. - Canon Inc. ADR - common stock | | | | | | | | | |
| 27. - Catalina Marketing Corporation - common stock | | | | | | | | | |
| 28. - Cincinnati Financial Corporation - common stock | | | | | | | | | |
| 29. - Cintas Corporation - common stock | | | | | | | | | |
| 30. - Cisco Systems Inc. - common stock | | | | | | | | | |
| 31. - Danske Bank A/S ADR - common stock | | | | | | | | | |
| 32. - Deere & Company - common stock | | | | | | | | | |
| 33. - Dell Computer Inc. - common stock | | | | | | | | | |
| 34. - Diageo PLC ADR - common stock | | | | | | | | | |
| 35. - Eaton Vance Corp. - common stock | | | | | | | | | |
| 36. - ENI S.P.A. ADR - common stock | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| A. | | | | | | | | (4) Gain | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Equifax Inc. - common stock | | | | | | | | | |
| 38. - Exxon Mobil Corporation - common stock | | | | | Partial buy | 12/31 | J | | |
| - Fair Isaac & Co. Inc. - common stock | | | | | | | | | |
| 40. - FleetBoston Financial Corp. - common stock | | | | | Merger | | | | See note in Section VIII |
| 41. - Bank of America - common stock (new) | | | | | Merger | | | | See note in Section VIII |
| - Genentech Inc. - common stock | | | | | | | | | |
| 43. - General Electric Company - common stock | | | | | Partial buy | 3/10 | J | | |
| 44. - | | | | | Partial buy | 6/15 | J | | |
| 45. - Heineken NV ADR - common stock | | | | | | | | | |
| 46. - HSBC Holdings PLC ADR - common stock | | | | | | | | | |
| 47. - IMS Health Inc. - common stock | | | | | | | | | |
| 48. - Intel Corporation - common stock | | | | | Final sale | 9/10 | J | | |
| - Jack Henry & Associates Inc. - common stock | | | | | | | | | |
| 50. - JP Morgan Chase & Company - common stock | | | | | Partial sale | 9/10 | J | A | |
| 51. - Maxim Integrated Products Inc. - common stock | | | | | | | | | |
| 52. - Mellon Financial Corporation - common stock | | | | | Partial sale | | J | | |
| 53. - Microsoft Corporation - common stock | | | | | Partial sale | 3/25 | J | | |
| 54. - | | | | | Partial buy | 6/30 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| | | B. | | | | | | | | (4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55. | - | | | | | | Partial buy | 11/05 | J | | |
| 56. | - National Commerce Financial Corp. - common stock | | | | | | Final sale | 6/2 | J | B | |
| | - Nestle - SA ADR common stock | | | | | | | | | | |
| 58. | - Network Applicance Inc. - common stock | | | | | | | | | | |
| | - Novartis AG ADR - common stock | | | | | | | | | | |
| 60. | - Pepsico Inc. - common stock | | | | | | | | | | |
| 61. | - Pixar Inc. - common stock | | | | | | | | | | |
| 62. | - Potash Corp. Sask. Inc. - common stock | | | | | | | | | | |
| 63. | - Progressive Corporation - common stock | | | | | | Partial sale | 4/1 | J | B | |
| 64. | - Qualcomm Inc. - common stock | | | | | | Partial buy | 4/6 | J | | |
| 65. | - | | | | | | Partial buy | 7/1 | J | | |
| 66. | - Royal Dutch Petroleum Co. - common stock | | | | | | | | | | |
| 67. | - SBC Communications Inc. - common stock | | | | | | | | | | |
| 68. | - Schlumberger Ltd. - common stock | | | | | | | | | | |
| | - Schwab Charles Corporation - common stock | | | | | | Final sale | 12/10 | J | . | |
| 70. | - Southwest Airlines - common stock | | | | | | Final sale | 4/22 | J | A | |
| 71. | - Target Corporation - common stock | | | | | | | | | | |
| 72. | - Teleflex Inc. - common stock | | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Tootsie Roll Industries - common stock | | | | | | | | | |
| 74. - Total S.A. ADR - common stock | | | | | | | | | |
| 75. - Unilever PLC ADR - common stock | | | | | | | | | |
| 76. - Valspar Corporation - common stock | | | | | | | | | |
| 77. - Verizon Communications - common stock | | | | | | | | | |
| 78. - Wal-Mart Stores Inc. - common stock | | | | | | | | | |
| 79. - Waste Management Inc. - common stock | | | | | | | | | |
| 80. - Wells Fargo & Company - common stock | | | | | | | | | |
| 81. - Xilinx Inc. - common stock | | | | | | | | | |
| 82. - ABN AMRO Holding NV ADR - common stock | | | | | Final sale | 5/12 | J | | |
| 83. - AMR Corporation - common stock | | | | | Final sale | 10/14 | J | A | |
| 84. - AXA S.A. ADR - common stock | | | | | | | | | |
| 85. - Barclays PLC ADR - common stock | | | | | | | | | |
| 86. - Calamos Market Neutral Fund - mutual fund | | | | | | | | | |
| 87. - Citigroup Inc. - common stock | | | | | | | | | |
| 88. - Clear Channel Communications - common stock | | | | | | | | | |
| 89. - Certegy, Inc. - common stock | | | | | | | | | |
| 90. - Donaldson Co. Inc. - common stock | | | | | Partial sale | 11/13 | J | A | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. - Endesa S.A. ADR - common stock | | | | | Final sale | 3/17 | J | | |
| 92. - EMC Corp. - common stock | | | | | | | | | |
| 93. - Gap Inc. - common stock | | | | | | | | | |
| 94. - Glaxosmithkline PLC ADR - common stock | | | | | | | | | |
| 95. - San Paolo IMI SpA ADR - common stock | | | | | | | | | |
| 96. - Illinois Tool Works Inc. - common stock | | | | | | | | | |
| 97. - KAO Corporation ADR - common stock | | | | | | | | | |
| 98. - King Pharmaceuticals Inc. - common stock | | | | | Final sale | 3/9 | J | | |
| 99. - Limited Brands, Inc.- common stock | | | | | Partial sale | 3/25 | J | A | |
| 100. - | | | | | Final sale | 7/14 | J | A | |
| 101. - Eli Lilly & Co. - common stock | | | | | Partial sale | 10/22 | J | | |
| 102. - | | | | | Final sale | 11/05 | J | | |
| 103. - Merck & Co. - common stock | | | | | | | | | |
| 104. - Nokia Corp. ADR - common stock | | | | | | | | | |
| 105. - Reinsurance Group of America - common stock | | | | | | | | | |
| 106. - Schering Plough Corp. - common stock | | | | | | | | | |
| 107. - Siemens AG ADR - common stock | | | | | | | | | |
| 108. - Societe Generale ADR - common stock | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| A. | (1) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 110. - UBS AG - common stock | | | | | | | | | |
| 111. - VF Corp. - common stock | | | | | Final sale | 2/5 | J | A | |
| 112. - Viacom Inc. - common stock | | | | | Partial sale | 3/25 | J | | |
| 113. - Wachovia Corp. - common stock | | | | | Partial sale | 4/21 | J | A | |
| 114. - | | | | | Partial sale | 11/23 | J | A | |
| 115. - Xerox Corp. - common stock | | | | | Partial sale | 3/12 | J | A | |
| 116. - Aflac, Inc. - common stock | | | | | | | | | |
| 117. - Allied Irish Bks ADR - common stock | | | | | | | | | |
| 118. - Amazon Com Inc. - common stock | | | | | | | | | |
| 119. - Archer-Daniels-Midland Co. - common stock | | | | | | | | | |
| 120. - Brown & Brown Inc. - common stock | | | | | | | | | |
| 121. - CIE *Financiere Richemont AG - common stock | | | | | | | | | |
| 122. - CSX Corp. - common stock | | | | | | | | | |
| 123. - Comcast Corp. - common stock | | | | | | | | | |
| 124. - Copart Inc. - common stock | | | | | | | | | |
| 125. - Diagnostic Products Corp. - common stock | | | | | | | | | |
| 126. - E. I. Dupont De Nemours & Co. - common stock | | | | | Partial buy | 12/7 | J | | |

1. Income/Gain Codes:    A. = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value M    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. | - Eaton Corp. - common stock | | | | | | | | | |
| 128. | - EBay Inc. - common stock | | | | | | | | | |
| 129. | - First Health Group Corp. - common stock | | | | | Final sale | 12/23 | J | | |
| 130. | - Gillette Co. - common stock | | | | | | | | | |
| 131. | - Medimmune, Inc. - common stock | | | | | Final sale | 1/27 | J | | |
| 132. | - Merrill Lynch & Co. Inc. - common stock | | | | | | | | | |
| 133. | - Monsanto Co. - common stock | | | | | | | | | |
| 134. | - Motorola Inc. - common stock | | | | | | | | | |
| 135. | - Newmont Mining Corp. - common stock | | | | | | | | | |
| 136. | - Nike Inc. - common stock | | | | | | | | | |
| 137. | - Parker-Hannifin Corp. - common stock | | | | | | | | | |
| 138. | - Praxair, Inc. - common stock | | | | | | | | | |
| 139. | - Regis Corp. Minnesota - common stock | | | | | Partial buy | 8/25 | J | | |
| 140. | - Rent-A-Center Inc. - common stock | | | | | Partial buy | 12/28 | J | | |
| 141. | - Rohm & Haas Co. - common stock | | | | | | | | | |
| 142. | - Teredyne Inc. - common stock | | | | | Partial sale | 1/16 | J | A | |
| 143. | - Tesco PLC ADR - common stock | | | | | | | | | |
| 144. | - Zebra Technologies Inc. - common stock | | | | | Partial sale | 7/9 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. - Abbott Laboratories - commons stock | | | | | Final sale | 11/8 | J | A | |
| 146. - BMC Software Inc. - common stock | | | | | Final sale | 7/27 | J | A | |
| 147. - Credit Suisse Group ADR - common stock | | | | | Partial buy | 4/1 | J | | |
| 148. - Dial Corporation - common stock | | | | | Final sale | 1/29 | J | A | |
| 149. - Emerson Electric Co. - common stock | | | | | Partial buy | 2/27 | J | | |
| 150. - General Mills Inc. - common stock | | | | | Final sale | 9/3 | J | | |
| 151. - Harley-Davidson Inc. - common stock | | | | | | | | | |
| 152. - Kraft Foods Inc. - common stock | | | | | | | | | |
| 153. - Microchip Technology Inc. - common stock | | | | | | | | | |
| 154. - Newell Rubbermaid Inc. - common stock | | | | | | | | | |
| 155. - Patina Oil & Gas Corp. - common stock | | | | | | | | | |
| 156. - Pimco High Income Fund - closed-end fund | | | | | | | | | |
| 157. - Progress Energy Inc. - common stock | | | | | | | | | |
| 158. - Roche Holding Ltd. ADR - common stock | | | | | | | | | |
| 159. - Stancorp Financial Group - common stock | | | | | | | | | |
| 160. - Starbucks Corp. - common stock | | | | | | | | | |
| 161. - Swiss Reinsurance ADR - common stock | | | | | | | | | |
| 162. - Tyco Int'l. Ltd. - common stock | | | | | Partial sale | 9/13 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  I = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. - Vodafone Group PLC ADR - common stock | | | | | | | | | |
| 164. - Walgreen Co. - common stock | | | | | | | | | |
| 165. - Weyerhaeuser Co. - common stock | | | | | Final sale | 6/30 | J | A | |
| 166. - Yahoo Inc. - common stock | | | | | | | | | |
| 167. - Apollo - common stock | | | | | Buy | 3/24 | J | | |
| 168. - | | | | | Partial buy | 10/20 | J | | |
| 169. - Axcan Pharma Inc.- CAD - common stock | | | | | Buy | 6/10 | J | | |
| 170. - | | | | | Partial buy | 7/16 | J | | |
| 171. - Baxter International Inc. - common stock | | | | | Buy | 1/27 | J | | |
| 172. - Cardinal Health Inc. - common stock | | | | | Buy | 1/2 | J | | |
| 173. - Commerce Bancorp Inc. - common stock | | | | | Buy | 11/1 | J | | |
| 174. - Cigna Corp. - common stock | | | | | Buy | 6/14 | J | | |
| 175. - Clorox - common stock | | | | | Buy | 11/23 | J | | |
| 176. - Cox Communications Inc. - common stock | | | | | Buy | 2/24 | J | | |
| 177. - | | | | | Final sale | 10/19 | J | A | |
| 178. - CVS Corp. - common stock | | | | | Buy | 9/7 | J | | |
| 179. - Enel Societa Per Azion ADR - common stock | | | | | Buy | 12/7 | J | | |
| 180. - Electronic Arts - common stock | | | | | Buy | 8/11 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. - Freescale Semiconductor Inc. - c/s (Spinoff of Motorola) | | | | | Spinoff | 12/8 | J | | |
| 182. - | | | | | Final sale | 12/17 | J | A | |
| 183. - Hospira Inc - common stock (Spinoff of Abbott Labs) | | | | | Spinoff | 5/6 | J | | |
| 184. - | | | | | Final sale | 5/19 | J | | |
| 185. - Kimberly Clark Corp. - common stock | | | | | Buy | 10/5 | J | | |
| 186. - Kroger Co. - common stock | | | | | Buy | 7/1 | J | | |
| 187. - Mettler Toledo International Inc. - common stock | | | | | Buy | 3/9 | J | | |
| 188. - Neenah Paper Inc. - c/s (Spinoff of Kimberly Clark) | | | | | Spin-off | 12/6 | J | | |
| 189. - | | | | | Final sale | 12/17 | J | | |
| 190. - 99 Cents Only Store - common stock | | | | | Buy | 1/29 | J | | |
| 191. - | | | | | Partial buy | 6/3 | J | | |
| 192. - Nomura Holdings Inc. ADR - common stock | | | | | Buy | 1/26 | J | | |
| 193. - | | | | | Partial buy | 4/16 | J | | |
| 194. - Nortel Networks Corp. - common stock | | | | | Buy | 6/14 | J | | |
| 195. - Pfizer Inc. - common stock | | | | | Buy | 9/20 | J | | |
| 196. - | | | | | Partial buy | 12/20 | J | | |
| 197. - Scherling A G ADR - common stock | | | | | Buy | 7/14 | J | | |
| 198. - Solectron Corp. - common stock | | | | | Buy | 3/19 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | A. | | Type | | (Q-W) | | | | (4) Gain | (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| 199. | - St. Paul Travelers Cos. Inc. - common stock | | | | | Buy | 5/3 | J | | |
| 200. | - | | | | | Partial buy | | J | | |
| 201. | - | | | | | Partial sale | 12/30 | J | | |
| 202. | - | | | | | Final sale | 12/31 | J | | |
| 203. | - Symantec Corp. - common stock | | | | | Buy | 9/02 | J | | |
| 204. | - | | | | | Partial buy | 10/04 | J | | |
| 205. | - XM Satellite Radio Holdings - common stock | | | | | Buy | 2/24 | J | | |
| 206. | - | | | | | Partial buy | 3/25 | J | | |
| 207. | - AMERCIAN EXPRESS - Corp. Bond | | | | | Final sale | 2/12 | K | A | |
| 208. | - BANC ONE CORP. - Corp. Bond | | | | | Final sale | 2/18 | K | A | |
| 209. | - CITIGROUP INC. - Corp. Bond | | | | | | | | | |
| 210. | - COCA COLA ENTERPRISES - Corp. Bond | | | | | | | | | |
| 211. | - FIRST DATA CORP. GLOBAL - Corp. Bond | | | | | | | | | |
| 212. | - GENERAL ELECTRIC - Corp. Bond | | | | | | | | | |
| 213. | - GOLDMAN SACHS GROUP - Corp. Bond | | | | | | | | | |
| 214. | - IBM - Corp. Bond | | | | | | | | | |
| 215. | - INTERNATIONAL LEASE FINANCE CORP. - Corp. Bond | | | | | | | | | |
| 216. | - SBC COMMUNICATION - Corp. Bond | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. - TARGET CORP. - Corp. Bond | | | | | | | | | |
| 218. - UNILEVER CAPITAL CORP. - Corp. Bond | | | | | | | | | |
| 219. - WAL-MART STORES INC. - Corp. Bond | | | | | | | | | |
| 220. - WELLS FARGO & CO. - Corp. Bond | | | | | | | | | |
| 221. - FEDERAL HOME LOAN MORTGAGE - Gov. Bond (#1) | | | | | Partial sale | 4/13 | K | A | |
| 222. - | | | | | Final sale | 7/15 | K | | |
| 223. - FEDERAL NAT'L MTG ASSN GLOBAL - Gov. Bond (#1) | | | | | Final sale | 11/29 | K | A | |
| 224. - FEDERAL NAT'L MTG ASSN GLOBAL - Gov. Bond (#2) | | | | | Partial buy | 4/13 | J | | |
| 225. - U.S. TREASURY NOTES - Gov. Bond (#1) | | | | | Final sale | 8/16 | J | | |
| 226. - U.S. TREASURY NOTES - Gov. Bond (#2) | | | | | Partial buy | 7/14 | J | | |
| 227. - BANK ONE CORP. - Corp. Bond (new) | | | | | Buy | 2/18 | J | | |
| 228. - COUNTRYWIDE HOME LOAN - Corp. Bond (new) | | | | | Buy | 2/12 | J | | |
| 229. - FEDERAL HOME LOAN MORTGAGE - Gov. Bond (new) | | | | | Buy | 4/13 | K | | |
| 230. - U.S. TREASURY NOTES - Gov. Bond (#3) (new) | | | | | Buy | 8/12 | K | | |
| 231. - U.S. TREASURY NOTES - Gov. Bond (#4) (new) | | | | | Buy | 11/29 | K | | |
| 232. Wells Fargo Bank - Account | | None | J | T | | | | | |
| 233. Unimproved real property, Nantucket, Massachusetts | | None | | | Sold | 3/15 | O | G | See note in Section VIII |
| 234. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv. Ptnrship. | A | Interest | K | T | | | | | See note in Section VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. Trust I | A | Int. & Div. | M | T | | | | | |
| 236. - Berkshire Hathaway Inc. - Class B stock | | | | | | | | | |
| 237. - Cash equivalent - The Seidler Companies | | | | | | | | | |
| 238. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 239. - Cash equivalent - Smith Barney | D | Int. & Div. | N | T | | | | | |
| 240. - ABN-AMRO Holding NV ADR - common stock | A | Dividend | | | Final sale | 5/12 | J | A | |
| 241. - AMR Corporation - common stock | | None | | | Final sale | 10/14 | J | A | |
| 242. - Alcoa Inc. - common stock | A | Dividend | J | T | | | | | |
| 243. - Ameren Corp. - common stock | A | Dividend | J | T | | | | | |
| 244. - American International Group - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 245. - Amgen Inc. - common stock | | None | J | T | Partial buy | 12/14 | J | | |
| 246. - Apple Computer Inc. - common stock | | None | J | T | Partial sale | 3/1 | J | C | |
| 247. - Archer-Daniels-Midland Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 248. - Aventis S.A. ADR - common stock | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 249. - Sanofi-Aventis ADR common stock (new) | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 250. - AXA S.A. ADR - common stock | A | Dividend | J | T | | | | | |
| 251. - BP PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 252. - Baker Hughes Inc. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000
(See Columns B1 and D4)  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000
(See Columns C1 and D3)  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000  P4 =$More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. – Ball Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 254. – Bank One Corp. - common stock | A | Dividend | | | Merger | | | | See note in Section VIII |
| 255. – Barclays PLC ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 256. – Best Buy Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 257. – Big Lots Inc. - common stock | | None | | | Final sale | 3/18 | J | A | See note in Section VIII |
| 258. – Bowater Inc. - common stock | A | Dividend | | | Final sale | 2/17 | J | A | |
| 259. – CMS Energy Corp. - common stock | | None | J | T | | | | | |
| 260. – Cadbury Schweppes PLC - common stock | A | Dividend | J | T | | | | | |
| 261. – Canon Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 262. – Cardinal Health Inc. - common stock | A | Dividend | J | T | Partial sale | 7/1 | J | | |
| 263. – Caremark RX Inc. - common stock | | None | J | T | Partial buy | 12/14 | J | | |
| 264. – Cisco Systems Inc. - common stock | | None | J | T | Partial buy | 12/14 | J | | |
| 265. – Cintas Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 266. – Citigroup Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 267. – Clear Channel Communications - common stock | A | Dividend | J | T | | | | | |
| 268. – Crompton Corp. - common stock | A | Dividend | J | T | | | | | |
| 269. – Danske Bank A/S ADR - common stock | A | Dividend | J | T | Partial sale | 1/5 | J | A | |
| 270. – Deere & Company - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. - Diageo PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 272. - Eastman Chemical Company - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 273. - Eaton Corp. - common stock | A | Dividend | J | T | | | | | |
| 274. - EMC Corp. - common stock | | None | J | T | | | | | |
| 275. - Emerson Electric Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 276. - Endesa S.A. ADR - common stock | A | Dividend | | | Final sale | 3/17 | J | A | |
| 277. - ENI S.P.A ADR - common stock | A | Dividend | J | T | | | | | |
| 278. - EOG Resources Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 279. - Everest Reinsurance Group - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 280. - Exxon Mobil Corp. - common stock | A | Dividend | J | T | Partia sale | 1/12 | J | A | |
| 281. - | | | | | Partial buy | 12/21 | J | | |
| 282. - | | | | | Partial buy | 12/31 | J | | |
| 283. - Fifth Third Bancorp - common stock | A | Dividend | | | Final sale | 12/8 | J | | |
| 284. - Fiserv Inc. - common stock | | None | J | T | Partial buy | 12/14 | J | | |
| 285. - Fleetboston Financial Corp. - common stock | A | Dividend | | | Merger | | | | See note in Section VIII |
| 286. - Bank of America - common stock (new) | A | Dividend | J | T | Merger | | | | See note in Section VIII |
| 287. - Gap Inc. - common stock | A | Dividend | J | T | | | | | |
| 288. - General Electric Inc. - common stock | A | Dividend | J | T | Partial buy | 3/10 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. - | | | | | Partial buy | 6/15 | J | | |
| 290. - | | | | | Partial buy | 12/14 | J | | |
| 291. - Genuine Parts Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 292. - Georgia Pacific Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 293. - Glaxosmithkline PLC ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 294. - W. W. Grainger Inc. - common stock | A | Dividend | J | T | | | | | |
| 295. - HSBC Holdings PLC ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 296. - Healthcare Realty Trust Inc. - common stock | A | Dividend | | | | | | | |
| 297. - Health Net Inc. - common stock | | None | | | Final sale | 5/12 | J | | |
| 298. - Heineken NV ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 299. - Home Depot Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 300. - Hubbell Inc. - common stock | A | Dividend | J | T | | | | | |
| 301. - IMC Global Inc. - common stock | | None | | | Final sale | 8/17 | J | A | |
| 302. - Illinois Tool Works Inc. - common stock | A | Dividend | J | T | Partial buy | 2/4 | J | | |
| 303. - | | | | | Partial buy | 12/14 | J | | |
| 304. - | | | | | Partial buy | 12/15 | J | | |
| 305. - Intel Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 306. - International Business Machines Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - International Paper Co. - common stock | A | Dividend | J | T | | | | | |
| 308. - J.C. Penney Co. Inc. - common stock | A | Dividend | | | Final sale | 11/24 | J | A | |
| 309. - JP Morgan Chase & Co. - common stock | A | Dividend | J | T | Partial sale | 9/10 | J | A | |
| 310. - | | | | | Partial buy | 12/14 | J | | |
| 311. - KAO Corp. ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 312. - Leggett & Platt Inc. - common stock | A | Dividend | J | T | | | | | |
| 313. - Eli Lilly & Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 314. - Limited Brands, Inc.- common stock | A | Dividend | | | Partial sale | 3/25 | J | A | |
| 315. - | | | | | Final sale | 11/23 | J | A | |
| 316. - Medtronic Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 317. - Mellon Financial Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | | | |
| 318. - Merck & Company - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 319. - Microsoft Corp. - common stock | A | Dividend | J | T | Partial buy | 11/5 | J | | |
| 320. - | | | | | Partial buy | 12/14 | J | | |
| 321. - Mylan Laboratories Inc. - common stock | A | Dividend | J | T | | | | | |
| 322. - Nestle S.A. ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 323. - Newell Rubbermaid Inc. - common stock | A | Dividend | J | T | | | | | |
| 324. - Nokia Corp. ADR - common stock | A | Dividend | J | T | Partial sale | 6/22 | J | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                                                    P3 = $25,000,001-$50,000,000                    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal      R = Cost (Real Estate Only)    S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325.  - | | | | | Partial buy | 12/14 | J | | |
| 326.  - Northeast Utilities - common stock | A | Dividend | J | T | | | | | |
| 327.  - Novartis AG ADR - common stock | A | Dividend | J | T | | | | | |
| 328.  - Office Depot Inc. - common stock | | None | | | Final sale | 10/24 | J | A | |
| 329.  - Pactiv Corp. - common stock | | None | J | T | Partial buy | 12/15 | J | | |
| 330.  - PartnerRe Ltd. - BMD - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 331.  - Paychex Inc. - common stock | | None | | | Final sale | 1/20 | J | | |
| 332.  - Pepsico Inc. - common stock | A | Dividend | J | T | Partial buy | 10/05 | J | | |
| 333.  - | | | | | Partial buy | 12/14 | J | | |
| 334.  - Pfizer Inc. - common stock | A | Dividend | J | T | Partial buy | 9/20 | J | | |
| 335.  - | | | | | Partial buy | 12/14 | J | | |
| 336.  - | | | | | Partial buy | 12/20 | J | | |
| 337.  - Potash Corp. of Saskatchewan Inc.- common stock | A | Dividend | J | T | | | | | |
| 338.  - Royal Dutch Petroleum Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | | | |
| 339.  - SBC Communications Inc. - common stock | A | Dividend | J | T | | | | | |
| 340.  - San Paolo IMI SpA ADR - common stock | A | Dividend | J | T | | | | | |
| 341.  - Schering Plough Corp. - common stock | A | Dividend | J | T | | | | | |
| 342.  - Schlumberger Ltd. - common stock | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | | | | (Q-W) | | (3) | (4) Gain | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 344. | - Snap-On Inc. - common stock | A | Dividend | J | T | Partial buy | 12/15 | J | |
| 345. | - Societe Generale ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| 346. | - Southwest Gas Corp. - common stock | A | Dividend | J | T | | | | |
| | - Staples Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| 348. | - State Street Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| 349. | - Sybase Inc. - common stock | | None | J | T | | | | |
| | - Target Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| 351. | - Timkin Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| 352. | - Tommy Hilfiger - common stock | | None | J | T | | | | |
| | - Total S.A. ADR - common stock | A | Dividend | J | T | | | | |
| 354. | - Transatlantic Hldgs. Inc. - common stock | A | Dividend | | | Final sale | 7/6 | J | A |
| 355. | - UBS AG-CHF - common stock | A | Dividend | J | T | | | | |
| 356. | - Unilever PLC ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| | - Union Pacific Corp. - common stock | A | Dividend | J | T | | | | |
| 358. | - United Parcel Service - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | |
| 359. | - V F Corp. - common stock | | None | | | Final sale | 2/5 | J | |
| 360. | - Verizon Communications - common stock | A | Dividend | J | T | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 361. - Viacom Inc. - common stock | A | Dividend | J | T | | | | | |
| 362. - Wachovia Corp. - common stock | A | Dividend | J | T | Partial sale | 4/21 | J | A | |
| 363. - | | | | | Partial sale | 11/23 | J | A | |
| 364. - Wal-Mart Stores Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 365. - Walgreen Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 366. - Waste Management Inc. - common stock | A | Dividend | J | T | | | | | |
| 367. - Wells Fargo & Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 368. - Wyeth - common stock | A | Dividend | J | T | | | | | |
| 369. - Xerox Corp. - common stock | | None | J | T | Partial sale | 3/12 | J | A | |
| 370. - XL Capital Ltd. - common stock | A | Dividend | J | T | | | | | |
| 371. - CA HEALTH FACS FING - Muni. Bond (#1) | A | Interest | | | Final sale | 2/9 | K | A | |
| 372. - CA HEALTH FACS FING - Muni. Bond (#2) | A | Interest | | | Final sale | 5/5 | K | B | |
| 373. - LOS ANGELES CALIF DEPT ARPTS - Muni. Bond | A | Interest | K | T | Partial sale | 4/28 | K | A | |
| 374. - METROPOLITAN WTR DIST SOUTHN - Muni. Bond | A | Interest | K | T | Partial sale | 9/17 | J | A | |
| 375. - SACRAMENTO, CA REDEV AGY TAX - Muni. Bond | A | Interest | | | Final sale | 8/19 | K | B | |
| 376. - UNIVERSITY CA REVS RESEARCH - Muni. Bond | A | Interest | | | Final sale | 4/30 | K | A | |
| 377. - CA ST DEPT WTR RES POWR SUPPLY REV - Muni. Bond | A | Interest | | | Partial sale | 1/26 | J | A | |
| 378. - | | | | | Final sale | 3/24 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. - REDDING CA JT POWRS FING AUTH ELEC SYS - Muni. Bond | A | Interest | | | Final sale | 5/5 | K | B | |
| 380. - BURBANK CA PUB FING AUTH - Muni. Bond | A | Interest | | | Final sale | 2/3 | K | A | |
| 381. - LOS ANGELES CA DEPT WTR & PWR - Muni. Bond | A | Interest | | | Final sale | 7/8 | K | A | |
| 382. - CALIF ST (DOT) FED HWY GRANT (new) - Muni. Bond | A | Interest | K | T | Buy | 7/8 | K | | |
| 383. - CALIF ST ECONOMIC RECOVERY (new) - Muni. Bond | A | Interest | K | T | Buy | 5/6 | K | | |
| 384. - CALIF ST G/O REF BOOK (new) - Muni. Bond | A | Interest | K | T | Buy | 8/19 | K | | |
| 385. - FOOTHILL/EASTERN TRANSN CORRDR (new) - M/B | A | Interest | K | T | Buy | 5/10 | K | | |
| 386. - L.A. CALIF USD G/O (new) - Muni. Bond | A | Interest | K | T | Buy | 3/3 | K | | |
| 387. - MET WTR DIST SO. CALIF WTRWKS (new) - Muni. Bond | A | Interest | K | T | Buy | 5/10 | K | | |
| 388. - MT SAN ANTONIO CA CMNTY COLLEGE (new) - M/B | A | Interest | | | Buy | 2/4 | K | | |
| 389. - | | | | | Final sale | 5/17 | K | | |
| 390. - RIVERSIDE CA ELEC REV - (new) - Muni. Bond | A | Interest | K | T | Buy | 5/21 | K | | |
| 391. - SAN JOSE CA REDEV AGY TAX ALLC (new) - Muni. Bond | A | Interest | K | T | Buy | 4/28 | K | | |
| 392. - Allied Irish Banks - common stock | A | Dividend | J | T | | | | | |
| 393. - Bank of New York - common stock | A | Dividend | J | T | | | | | |
| 394. - Bausch & Lomb, Inc. - common stock | A | Dividend | J | T | | | | | |
| 395. - CIE Financiere Richemont AG - common stock | A | Dividend | J | T | | | | | |
| 396. - CNH Global N.V. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 397. - Comcast Corp. - common stock | -- | None | J | T | | | | | |
| 398. - CSX Corp. - common stock | A | Dividend | J | T | | | | | |
| 399. - Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 400. - Dana Corp. - common stock | A | Dividend | J | T | | | | | |
| 401. - E.I.Du Pont de Nemours & Co. - common stock | A | Dividend | J | T | Partial buy | 12/07 | J | | |
| 402. - Foot Locker Inc. - common stock | A | Dividend | J | T | | | | | |
| 403. - Gillette Co. - common stock | A | Dividend | J | T | | | | | |
| 404. - Halliburton Co. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 405. - Host Marriott Corp. - common stock | A | Dividend | J | T | Partial buy | 10/5 | J | | |
| 406. - | | | | | Partial buy | 12/14 | J | | |
| 407. - Meadwestvaco Corp. - common stock | A | Dividend | J | T | Partial buy | 12/15 | J | | |
| 408. - Merrill Lynch & Co. Inc. - common stock | A | Dividend | J | T | | | | | |
| 409. - Monsanto Company - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 410. - | | | | | Partial sale | 12/15 | J | A | |
| 411. - Motorola Inc. - common stock | A | Dividend | J | T | | | | | |
| 412. - New York Times - common stock | A | Dividend | | | Final sale | 3/30 | J | | |
| 413. - Newmont Mining Corp. - common stock | A | Dividend | J | T | | | | | |
| 414. - Nike Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. - Caesars Entertainmtne - c/s fka Park Place Entertainment | | None | | | Final sale | 8/25 | J | A | Name change – January 2004 |
| 416. - Parker-Hannifin Corp. - common stock | A | Dividend | J | T | | | | | |
| 417. - Payless Shoesource Inc. - common stock | | None | | | Final sale | 9/28 | J | | |
| 418. - Praxair Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 419. - Pride International Inc. - common stock | | None | J | T | | | | | |
| 420. - Rohm & Haas Co. - common stock | A | Dividend | J | T | | | | | |
| 421. - Safeco Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 422. - Sysco Corp. - common stock | A | Dividend | J | T | Partial buy | 12/14 | | | |
| 423. - Teradyne, Inc. - common stock | | None | J | T | | | | | |
| 424. - Tesco PLC ADR - common stock | A | Dividend | J | T | | | | | |
| 425. - Abbott Laboratories - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 426. - Adobe Systems Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 427. - Aetna Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 428. - Aflac Inc. - common stock | A | Dividend | J | T | Partial buy | 12/15 | J | | |
| 429. - BMC Software Inc - common stock | | None | | | Final sale | 7/27 | J | A | |
| 430. - Cadence Design Systems Inc. - common stock | | None | J | T | | | | | |
| 431. - Credit Suisse Group ADR - common stock | | None | J | T | Partial buy | 12/14 | J | | |
| 432. - Dell Inc. - common stock | | None | J | T | Partial buy | 12/14 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. - Gallagher Arthur J & Co. - common stock | A | Dividend | | | Final sale | 8/5 | J | | |
| 434. - Genentech Inc. - common stock | | None | J | T | | | | | |
| 435. - General Mills Inc. - common stock | A | Dividend | — | | Final sale | 9/3 | J | A | |
| 436. - Globalsantafe Corp. - common stock | A | Dividend | J | T | | | | | |
| 437. - Interpublic Group of Cos. Inc. - common stock | | None | J | T | | | | | |
| 438. - Kraft Foods - common stock | A | Dividend | J | T | | | | | |
| 439. - Maxim Integrated Prods. Inc. - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 440. - Nisource Inc. - common stock | A | Dividend | J | T | Partial buy | 12/15 | J | | |
| 441. - Procter & Gamble - common stock | A | Dividend | | | Final sale | 2/24 | J | A | |
| 442. - Progress Energy Inc. - common stock | A | Dividend | J | T | | | | | |
| 443. - Roche Hldg. Ltd. ADR - common stock | A | Dividend | J | T | | | | | |
| 444. - Smithfield Foods, Inc. - common stock | | None | | | Final sale | 1/15 | J | A | |
| 445. - Sungard Data Systems Inc. - common stock | | None | | | Final sale | 10/8 | J | | |
| 446. - Swiss Reinsurance ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 447. - Teva Pharmaceutical Inds. Ltd. ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 448. - TJX Companies Inc. - common stock | A | Dividend | | | Partial buy | 12/14 | J | | |
| 449. - | | | | | Partial sale | 12/22 | J | A | |
| 450. - | | | | | Final sale | 12/28 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 451. - Tyco International Ltd. - common stock | A | Dividend | J | T | Partial sale | 9/13 | J | A | |
| 452. - Vodafone Group PLC ADR - common stock | A | Dividend | J | T | Partial buy | 12/14 | J | | |
| 453. - Weyerhaeuser Co. - common stock | A | Dividend | | | Final sale | 6/30 | J | | |
| 454. - Alexandria Real Estate Equities - common stock | | None | J | T | Buy | 10/5 | J | | |
| 455. - American Financial Realty Trust - common stock | | None | J | T | Buy | 10/5 | J | | |
| 456. - American Greetings Corp. - common stock | A | Dividend | J | T | Buy | 1/2 | J | | |
| 457. - Apache Corp. - common stock | A | Dividend | J | T | Buy | 3/15 | J | | |
| 458. - | | | | | Partial buy | 12/14 | J | | |
| 459. - Archstone Smith Trust - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 460. - Avalonbay Comntys Inc. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 461. - Avaya Inc. - common stock | | None | J | T | Buy | 1/2 | J | | |
| 462. - Baxter Internatinal Inc. - common stock | | None | J | T | Buy | 1/27 | J | | |
| 463. - Boston Properties Inc. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 464. - Brandywine Realty Trust - common stock | | None | J | T | Buy | 10/5 | J | | |
| 465. - BRE Pptys Inc. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 466. - Brookfield Properties Corp. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 467. - CAI Multi-Strategy Series M - Hedge fund | | None | L | T | Buy | 10/13 | L | | |
| 468. - Carramerica Realty Corp. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 469. - Catellus Dev. Corp. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 470. - Centerpoint Pptys Trust - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 471. - Centurytel Inc. - common stock | A | Dividend | J | T | Buy | 6/29 | J | | |
| 472. - Cigna Corp. - common stock | A | Dividend | J | T | Buy | 6/14 | J | | |
| 473. - Citigroup Diversified Futures - Managed futures fund | | None | L | T | Buy | 10/14 | L | | |
| 474. - Clorox Company - common stock | | None | J | T | Buy | 11/23 | J | | |
| 475. - Computer Sciences Inc. - common stock | | None | J | T | Buy | 3/23 | J | | |
| 476. - Conseco Inc. - common stock | | None | J | T | Buy | 6/1 | J | | |
| 477. - Cox Communications - common stock | | None | | | Buy | 2/24 | J | | |
| 478. - | | | | | Final sale | 10/19 | J | A | |
| 479. - CVS Corp. - common stock | A | Dividend | J | T | Buy | 9/7 | J | | |
| 480. - Dean Foods Co. - common stock | | None | J | T | Buy | 1/9 | J | | |
| 481. - Developers Diversified Realty CP Corp. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 482. - Duke Realty Company - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 483. - Electronic Arts - common stock | | None | J | T | Buy | 11/3 | J | | |
| 484. - | | | | | Partial buy | 12/14 | J | | |
| 485. - Enel Societa Per Azion ADR - common stock | | None | J | T | Buy | 12/7 | J | | |
| 486. - Equity Residential - common stock | | None | J | T | Buy | 10/5 | J | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001-$2,500   C =$2,501-$5,000   D =$5,001-$15,000   E =$15,001-$50,000
   (See Columns B1 and D4)   F =$50,001-$100,000   G =$100,001-$1,000,000   H1 =$1,000,001-$5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001-$50,000   L =$50,001-$100,000   M =$100,001-$250,000
   (See Columns C1 and D3)   N =$250,000-$500,000   O =$500,001-$1,000,000   P1 =$1,000,001-$5,000,000   P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000   P4 =$More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash/Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. - Essex Property Trust Inc. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 488. - Extra Space Storage Inc. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 489. - Fairmont Hotels & Resorts - common stock | | None | J | T | Buy | 10/5 | J | | |
| 490. - Federal Realty Invt TR SBI - common stock | | None | J | T | Buy | 10/5 | J | | |
| 491. - Federated Dept. Stores - common stock | A | Dividend | J | T | Buy | 1/2 | J | | |
| 492. - Freescale Semiconductor Inc - c/s (Spinoff of Motorola) | | None | | | Spinoff | 12/3 | J | | |
| 493. - | | | | | Final sale | 12/17 | J | A | |
| 494. - General Growth Properties - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 495. - Health Care Reit - common stock | A | Dividend | | | Buy | 10/5 | J | | |
| 496. - | | | | | Final sale | 11/23 | J | | |
| 497. - Hewlett Packard - common stock | A | Dividend | | | Buy | 1/16 | J | | |
| 498. - | | | | | Final sale | 8/13 | J | | |
| 499. - Hilton Hotels Inc. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 500. - Hospira Inc. - common stock (Spinoff of Abbott Labs) | | None | | | Spinoff | 5/6 | J | | |
| 501. - | | | | | Final sale | 5/19 | J | | |
| 502. - Innkeeppers USA Trust - common stock | | None | J | T | Buy | 10/5 | J | | |
| 503. - Kilroy Realty Corp. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 504. - Kimberly-Clark Corp. - common stock | | None | J | T | Buy | 10/6 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 505. - King Pharmaceuticals - common stock | | None | J | T | Buy | 1/2 | J | | |
| 506. - Kite Realty Group Trust - common stock | | None | J | T | Buy | 10/5 | J | | |
| 507. - Kroger Co. - common stock | | None | J | T | Buy | 7/1 | J | | |
| 508. - LaSalle Hotel Pptys. SBI - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 509. - Macherich Company - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 510. - Mack Cali Realty Corp. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 511. - May Dept. Stores Co. - common stock | | None | J | T | Buy | 1/2 | J | | |
| 512. - MBIA Inc. - common stock | A | Dividend | | | Buy | 3/22 | J | | |
| 513. - | | | | | Final sale | 9/28 | J | | |
| 514. - McAfee Inc. - common stock | | None | J | T | Buy | 6/1 | J | | |
| 515. - McGraw Hill Cos. Inc. - common stock | A | Dividend | J | T | Buy | 4/21 | J | | |
| 516. - | | | | | Partial buy | 12/14 | J | | |
| 517. - Mills Corp. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 518. - Mosaic Company - common stock | | None | J | T | Buy | 12/14 | J | | |
| 519. - Neenah Paper Inc. - c/s (Spinoff of Kimberly-Clark) | | None | | | Spinoff | 10/5 | J | | |
| 520. - | | | | | Final sale | 12/9 | J | | |
| 521. - Nomura Holdings Inc. ADR - common stock | A | Dividend | J | T | Buy | 1/26 | J | | |
| 522. - | | | | | Partial buy | 4/16 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 523. - | | | | | Partial buy | 12/14 | J | | |
| 524. - Nortel Networks Corp. - common stock | | None | J | T | Buy | 6/14 | J | | |
| 525. - Officemax Inc. - common stock | | None | J | T | Buy | 10/14 | J | | |
| 526. - Pan Pacific Retail Properties - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 527. - Plum Creek Timber Co. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 528. - PMI Group Inc. - common stock | A | Dividend | J | T | Buy | 1/2 | J | | |
| 529. - Prologis SH BEN INT | A | Dividend | J | T | Buy | 10/5 | J | | |
| 530. - Public Storage Inc. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 531. - Regency Centers Corp. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 532. - R. H. Donnelley Corp. - common stock | | None | J | T | Buy | 10/19 | J | | |
| 533. - R. R. Donnelley & Sons Co. - common stock | A | Dividend | J | T | Buy | 3/2 | J | | |
| 534. - Schering A G ADR - common stock | | None | J | T | Buy | 7/14 | J | | |
| 535. - Shurgard Storage Ctrs. Inc. - common stock | A | None | J | T | Buy | 10/5 | J | | |
| 536. - Simon Ppty. Group Inc. - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 537. - SL Green Realty Corp. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 538. - Solectron Corp. - common stock | | None | J | T | Buy | 3/19 | J | | |
| 539. - St. Paul Travelers Cos. Inc. - common stock | A | Dividend | | | Buy | 5/3 | J | | |
| 540. - | | | | | Final sale | 12/31 | J | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 541. - Starwood Hotels & Resorts Worldwide - common stock | | None | J | T | Buy | 10/5 | J | | |
| 542. - Summit Properties Inc. - common stock | A | Dividend | | | Buy | 10/5 | J | | |
| 543. - | | | | | Final sale | 10/6 | J | | |
| 544. - Trizec Properties Inc. - common stock | | None | J | T | Buy | 1/2 | J | | |
| 545. - United Dominion Realty Trust - common stock | A | Dividend | J | T | Buy | 10/5 | J | | |
| 546. - Ventas Inc. - common stock | | None | J | T | Buy | 10/5 | J | | |
| 547. - Vornado Realty TR SBI | A | Dividend | J | T | Buy | 10/5 | J | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

SECTION VII:

BROKERAGE ACCOUNT #1

Pages 1 & 3, lines 7 & 50:  On July 1, 2004, Bank One Corporation merged with J. P. Morgan Chase & Co.; the name of the merged company is J. P. Morgan Chase & Co.  There was one reportable transaction in my J. P. Morgan Chase & Co. position (see page 3, line 50).

Page 1, lines 17 & 18:  On August 20, 2004, Sanofi-Synthelabo and Aventis merged; the name of the merged company is Sanofi-Aventis.  There were no reportable transactions in my Sanofi-Aventis position.

Page 3, lines 40 & 41:  In April 2004, Fleet Boston Financial Corporation merged with Bank of America; the name of the merged company is Bank of America.  There were no reportable transactions in my Bank of America position.

Page 13, line 233:  The buyer of the property is RACHEL C. HOBART, as Trustee of ALTEST REALTY TRUST.

Page 13, line 234:  The investment partnership owned a 2% interest in a piece of real property in the City of Los Angeles, County of Los Angeles, State of California, which was sold on June 21, 2004. Ninety percent of the sales price was paid in cash, and the sellers, including the investment partnership, took back a note for the remaining ten percent from Cahuenga, L.P.  The value of my interest in the property, as a member of the investment partnership, is "K".  The value of my interest in the transaction was "J", and the gain was "D".  Currently, the investment partnership's sole asset is the promissory note from Cahuenga, L.P.

BROKERAGE ACCOUNT #2

Page 14, lines 248 & 249:  On August 20, 2004, Sanofi-Synthelabo and Aventis merged; the name of the merged company is Sanofi-Aventis.  There were no reportable transactions in my Sanofi-Aventis position.

Pages 15 & 18, lines 254 & 309-310:  On July 1, 2004, Bank One Corporation merged with J. P. Morgan Chase & Co.; the name of the merged company is J. P. Morgan Chase & Co.  There were two reportable transactions in my J. P. Morgan Chase & Co. position (see page 18, lines 309-310).

Page 15, line 257:  In my Financial Disclosure Report for reporting period 2003, page 14, line 239, Big Lots Inc. was a "partial sale", NOT a "final sale".

Page 16, lines 285 & 286:  In April 2004, Fleet Boston Financial Corporation merged with Bank of America; the name of the merged company is Bank of America.  There were no reportable transactions in my Bank of America position.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MORROW, MARGARET M | 5/12/2005 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 12, 2005_

NOTE: ANY INDIVI███████████████████████FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544